# IN THE SUPREME COURT OF PENNSYLVANIA
## WESTERN DISTRICT

| | |
|---|---|
| DENNIS CUNNINGHAM, | : No. 591 WAL 2014 |
| | : |
| Petitioner | : |
| | : Petition for Allowance of Appeal from the |
| | : Order of the Superior Court |
| v. | : |
| | : |
| | : |
| FORBES REGIONAL HOSPITAL AND | : |
| WEST PENN ALLEGHENY HEALTH | : |
| SYSTEM, | : |
| | : |
| Respondents | : |

## ORDER

**PER CURIAM**

AND NOW, this 9th day of April, 2015, the Petition for Allowance of Appeal is **DENIED**.